**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | 07-04025MP-001-PCT-MEA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| PERRY BISHOP SMITH, | ) | |
| Defendant. | ) | |
| | ) | |

The defendant appeared in court and admitted to violating allegation "B" as alleged in the Petition to Revoke Probation. Based upon that admission, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions. In addition, the following conditions are imposed:

1. You are banned from the Grand Canyon National Park and a 20 miles radius around the park for the term of probation. However, defendant may return to Tusayan, Arizona for the limited purposes of retrieving his personal belongings, closing his P.O. Box and concluding his personal ties in preparation for moving.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for one year to terminate on November 26, 2008 and defendant shall pay his monetary penalties in minimum monthly payments of $50.00.

IT IS FURTHER ORDERED that allegation "D" is DISMISSED.

DATED this 27th day of November, 2007.

_____
Mark E. Aspey
United States Magistrate Judge